IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BONNIE BUFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-034 |
| ) | |
| ANDREW SAUL, Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 32.) Accordingly, the Court **OVERRULES** all of Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge, **DENIES AS MOOT** Plaintiff's original motion for attorneys' fee, (doc. no. 26), **GRANTS IN PART** Plaintiff's amended motion for attorneys' fees, (doc. no. 28), and **AWARDS** attorneys' fees in the amount of $5,399.73. The Court **DENIES** the request of Attorney Charles L. Martin for additional fees incurred in preparing Plaintiff's objections. (Doc. no. 32, p. 4.)

SO ORDERED this 7th day of February, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA