IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BONNIE BUFFORD, | * |
| Plaintiff, | * |
| v. | *   CV 118-034 |
| ANDREW SAUL, Commissioner of Social Security Administration, | * |
| Defendant. | * |

O R D E R

The February 7, 2020 Order of this Court having been vacated and this matter remanded by the United States Court of Appeals for the Eleventh Circuit for further proceedings in light of the Eleventh Circuit's opinion in Calloway v. Acting Comm'r of Soc. Sec., 802 F. App'x 533 (11th Cir. 2020);

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made an Order of this Court. This action shall proceed for a determination of attorneys' fees under the Equal Access to Justice Act in light of Calloway.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of August, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA